IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHLEHEM MANOR VILLAGE, LLC,<br>Plaintiff,<br><br>v.<br><br>CITY OF BETHLEHEM, and<br>ROBERT J. DONCHEZ, former Mayor of<br>the City of Bethlehem,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 22-5215 |

# O R D E R

**AND NOW**, this 11th day of September, 2025, upon consideration of Plaintiff Bethlehem Manor Village, LLC's Motion to Compel Discovery (ECF No. 51) and Defendant City of Bethlehem's Opposition to Plaintiff's Motion to Compel Discovery (ECF No. 52), **IT IS ORDERED** that Plaintiff's Motion to Compel Discovery (ECF No.51) is **DENIED AS MOOT**.[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.

---

[1] On September 11, 2025, the Court held a status conference (ECF No. 53) to discuss Plaintiff's Motion to Compel Discovery (ECF No. 51) and Defendant City of Bethlehem's Opposition to Plaintiff's Motion to Compel Discovery (ECF No. 52), during which time Defendant notified the Court it had completed its productions, thereby resolving the issues presented in Plaintiff's Motion to Compel Discovery.